NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OIL STATES ENERGY SERVICES, LLC,**
*Appellant*

**v.**

**GREENE'S ENERGY GROUP, LLC,**
*Appellee*

---

2015-1855

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00216.

---

**JUDGMENT**

---

ALLYSON NEWTON HO, Morgan, Lewis & Bockius LLP, Dallas, TX, argued for appellant. Also represented by JOHN CLAY SULLIVAN; CLAY ERIK HAWES, RYAN B. MCBETH, ARCHIS VASANT OZARKAR, Houston, TX.

JOHN JOSEPH FELDHAUS, Foley & Lardner LLP, Washington, DC, argued for appellee. Also represented by ANDREW RICHARD CHESLOCK, BRADLEY D. ROUSH.

JEREMIAH HELM, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, SCOTT WEIDENFELLER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 4, 2016 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |